IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY L. HOYT                                                                                      PLAINTIFF

V.                              NO. 1:17-CV-00010-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 18th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE